IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
SEP -8 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>         Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>ABRA K. ALBRECHT,   )<br>  )<br>         Defendant.   ) | No. 14-cr-30087-NJR |

### STIPULATION OF FACTS

The United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney, and Ranley R. Killian, Assistant United States Attorney for the Southern District of Illinois, and defendant Abra K. Albrecht through her attorney enter into the following Stipulation of Facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct.

The defendant Abra K. Albrecht agrees and admits the following:

1. That during February of 2014, Abra K. Albrecht was an employee of the United States Postal Service.

2. That Abra K. Albrecht, during February of 2014, while working as a postal employee, took from the United States mail, with the intent to convert to her own use, an item that had been entrusted to her for delivery.

3. That the item of mail that was stolen and converted to her use included a debit card that had been placed in the mail to be delivered to another person.

4. That Abra K. Albrecht fraudulently used the debit card and thereby caused a loss of approximately $500.00 to the Bank of Kampsville, which is within Calhoun County, in the Southern District of Illinois.

The Parties further agree:

### ELEMENTS OF THE OFFENSE

| Count | Charge | Essential Elements |
|---|---|---|
| 1 | Theft of Mail by Postal Employee, 18 U.S.C. § 1709 | *First*, that the defendant was a Postal Service employee; *Second*, that the defendant took from the United States Mail an item entrusted to her for delivery through the United States Mail; and, *Third*, that the defendant converted the item of mail containing a debit card to her own use. |

### MAXIMUM PENALTIES

| 1 | Title 18, U.S.C. §1709 | Theft of United States Mail by Postal Employee | NMT 5 years' imprisonment and/or a $250,000 fine, and NMT 3 years' supervised release; $100 S/A | Felony |
|---|---|---|---|---|

ABRA K. ALBRECHT
Defendant

PHILLIP J. KAVANAUGH
Attorney for Defendant

Date: September ___, 2014

STEPHEN R. WIGGINTON
United States Attorney

RANLEY R. KILLIAN
Assistant United States Attorney

Date: September ___, 2014